FILED

07 MAY 25 AM 11: 44

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,                  )
                                           )
                Plaintiff,                 )   CASE NO. 07CR00762-001-BTM
                                           )
        v.                                 )   O R D E R
                                           )
JOAQUIN ANTONIO RAMIREZ-GARCIA,            )
                                           )
                Defendant.                 )
_____        )

     Pursuant to a written request from the United States Probation
Office, the sentencing date presently set for July 6, 2007 is
vacated and reset to August 31, 2007 at 8:30 a.m..

     If the defendant is on bond, defense counsel is to file an
acknowledgment of the next court date by the defendant within a
week of receipt of this order.

DATED: May 21, 2007

                                    _____
                                    Barry Ted Moskowitz
                                    U.S. District Judge

cc: all counsel of record